■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP McCRORY, Petitioner, v THOMAS COUGHLIN, III, as Commissioner of the Department of Correctional Services, Respondent.

Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

■ GAIL E. YOUNG, Individually and as Administratrix of the Estate of JOHN A. YOUNG, Deceased, Appellant-Respondent, v ROBERTSHAW CONTROLS COMPANY AND UNI-LINE DIVISION, Respondent-Appellant, et al., Defendants. (And Two Third-Party Actions.)

Kane, J. P., Casey, Weiss, Yesawich, Jr., and Levine, JJ., concur.